No. 649. Ex parte Eusebio Sánchez.—
No. 650. Ex parte Inocencio Arduén.—
Apelaciones interpuestas por el Fiscal contra resolución del Juez Asociado Sr. Aldrey. Mociones del Fiscal desistiendo de dichas apelaciones. Resueltas en diciembre 8, 1913. Concedidas las mociones. Abogado del Pueblo: *Sr. Charles E. Foote, Fiscal.* Abogados de los peticionarios: *Sres. Manuel F. Rossy y Rafael Guillermety.*

---

No. 413. Ex parte Alfonso Quintana Cajas, Peticionario.—Solicitud para que se apruebe la fianza notarial otorgada por la National Surety Company en diciembre 8, 1913. Resuelto en diciembre 9, 1913. Aprobada dicha fianza. El peticionario compareció en nombre propio.

---

No. 1042. Martínez et al., Demandantes y Apelados, *v.* Porto Rico Railway, Light & Power Co., Demandada y Apelante.—Apelación procedente de la Corte de Distrito de San Juan, Sección 1ª. Moción de la parte apelada presentada en el acto de la vista para corregir la exposición del caso. Resuelto en diciembre 11, 1913. Denegada la moción. Abogado de los apelados: *Sr. H. R. Francis.* Abogado de la apelante: *Sr. J. Henri Brown.*